IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEPARTMENT OF AGRICULTURE
AND CONSUMER SERVICES,

     Appellant,

 v.

Case No. 5D21-3189
LT Case No. 2011-CA-3036-A-X

JOHN L. MAHON AND SHELBY
MAHON D/B/A JOHN'S CITRUS TREES,

     Appellees.
_____/

Decision filed August 8, 2023

Appeal from the Circuit Court
for Lake County,
Brian J. Welke, Judge.

Wesley R. Parsons, Karen H. Curtis and
Francisco Ramos, Jr., of Clarke
Silverglate, P.A., Miami, for Appellant.

Ryan C. Reese and S. William Moore, of
Moore Bowman & Reese, P.A., of Tampa,
for Appellees.

PER CURIAM.

    AFFIRMED.

EISNAUGLE, KILBANE and MACIVER, JJ., concur.